UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60033-CR-DIMITROULEAS/HUNT

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

FILED BY ____AT____ D.C.

Feb 15, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

SAMUEL RIVERA,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about October 31, 2023, in Broward County, in the Southern District of Florida, the defendant,

**SAMUEL RIVERA,**

did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

(a) One (1) Smith & Wesson, 9-millimeter pistol bearing serial number HDP5080;
(b) One (1) round of 9-millimeter caliber ammunition manufactured by Sig Sauer;
(c) One (1) round of 9-millimeter caliber ammunition manufactured by Hornady Luger; and,
(d) One (1) round of 9-millimeter caliber ammunition manufactured by FN19.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which defendant, **SAMUEL RIVERA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, 2461(c).

_BRUCE D. BROWN_
FOREPERSON

For
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SAMUEL RIVERA,

_____/
      Defendant.

**Court Division** (select one)
 ☐ Miami ☐ Key West ☐ FTP
 ☒ FTL ☐ WPB

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
 List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
 (Check only one)    (Check only one)
 I ☒ 0 to 5 days  ☐ Petty
 II ☐ 6 to 10 days  ☐ Minor
 III ☐ 11 to 20 days  ☐ Misdemeanor
 IV ☐ 21 to 60 days  ☒ Felony
 V ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
 If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
 If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
 If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

          By: /s/ Donald F. Chase, II
          DONALD F. CHASE, II
          Assistant United States Attorney
          Court ID No. A5500077

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  SAMUEL RIVERA          **Case No**: _____

Count 1:

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)
* **Max. Term of Imprisonment: Fifteen (15) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine: $250,000.00**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**